IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES R. HAMILTON, | § | |
| | § | No. 49, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 9508006908 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted:  March 26, 2015
Decided:    May 21, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **VAUGHN**, Justices

# O R D E R

This 21st day of May 2015, the Court has carefully considered appellant's opening brief, the State's motion to affirm, and the record on appeal.  We find it manifest that the Superior Court's judgment should be affirmed. The appellant completed his sentences in 2002 and thus had no standing to file a motion for postconviction relief under Superior Court Criminal Rule 61.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *See Baltazar v. State*, 2015 WL 257334, *3 (Del. Jan. 20, 2015).